FRANK MILLER, Respondent, v. UNITED STATES CASUALTY COMPANY, Appellant. — Order denying defendant's motion to dismiss complaint modified so as to permit defendant to answer the complaint on the merits, on payment of costs, and as so modified affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur. Settle order on notice.

FRANCIS J. PHILLIPS, Respondent, v. SAMUEL ROSTHAL and Another, Appellants. — Order denying defendant's motion to change venue from Westchester county to New York county affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

JOHN POLICASTRO, an Infant, by PETER POLICASTRO, His Guardian ad Litem, Appellant, v. TIDEWATER PAPER MILLS COMPANY, Respondent.— Judgment reversed on the law, and a new trial granted, with costs to appellant to abide the event. The insufficiency in the evidence compelling the reversal of the judgment for plaintiff on the first trial appears to have been remedied on this second trial. There was sufficient evidence offered by plaintiff on this second trial, unanswered and uncontradicted, to warrant the jury in finding that the man who committed the alleged assault was a watchman employed by defendant, and in the absence of any evidence or explanation by defendant, it was for the jury to say whether he was acting within the scope of his employment. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

SOL POPOFSKY, Respondent, v. HARRY A. FINKELSTEIN, Appellant.— Order denying defendant's motion to vacate and annul a body execution affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

ERNEST O. PYNE, as Executor, etc., of EMILY PYNE, Deceased, Respondent, v. MARGARET L. PARDOE, Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK J. CASEY, Appellant, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, Respondent.— Order denying motion to direct the police commissioner to certify payroll affirmed, without costs. The record before us presents a situation which in our opinion calls for a prompt determination by the commissioner of the charges made against the officer. The trial of these charges was closed on November 18, 1924, since which time no final disposition thereof has been made, and the matter is still pending. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

SELDEN TRUCK CORPORATION, Respondent, v. GEORGE C. GORDON, Defendant, Impleaded with ROBERT H. SALMONS, Appellant. (Appeal No. 1.) — Order in so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.